IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID VALENZUELA,

    Plaintiff,              1: 06 CV 1052 OWW WMW PC

    vs.                      ORDER RE MOTION (DOC 10)

C/O ALVAREZ,

    Defendant.

    Plaintiff has filed a motion to voluntarily dismiss this action.  Subsequently, Plaintiff returned to the court the form for service of process upon Defendant.  It appears that Plaintiff intends to prosecute this action.  Should Plaintiff desire to dismiss this action, he should file a notice with the court indicating his intention to do so.  Plaintiff is advised that he is liable for the full filing fee, regardless of whether this action is dismissed.  Plaintiff incurred the liability for the filing fee when this action was filed.

    Accordingly, IT IS HEREBY ORDERED that his request filed on July 3, 2008, is disregarded.

IT IS SO ORDERED.

**Dated:   September 9, 2008**                    **/s/  William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE