IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID VALENZUELA,

      Plaintiff,         1: 06 CV 1052 OWW WMW PC

  vs.                    ORDER RE MOTION (DOC 18)

ALVAREZ,

      Defendant.

Defendant has requested an extension of time in which to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that Defendant is granted an extension of time to Novembe 14, 2008, in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   September 11, 2008**          /s/  **William M. Wunderlich**
                                  UNITED STATES MAGISTRATE JUDGE