IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID VALENZUELA,

        Plaintiff,         1: 06 CV 1052 OWW WMW PC

  vs.                    ORDER DISMISSING ACTION

ALVAREZ,

        Defendants.

    The parties have submitted a stipulation for voluntary dismissal.  In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate that this entire action shall be dismissed with prejudice.  Each side shall bear their own fees and costs.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice on stipulation of the parties.  Each side to bear their own fees and costs.

IT IS SO ORDERED.

**Dated:   November 19, 2008**           /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE